UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-21919-CIV-MORENO**

DERRICK CAMPBELL,

        Plaintiff,

vs.

CITY OF MIAMI GARDENS, AND THREE
UNKNOWN POLICE OFFICERS, in their
individual capacities,

        Defendants.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS

THIS CAUSE came before the Court upon Defendants' Motion to Dismiss **(D.E. 28, 30)**, filed on **June 29, 2020 and July 8, 2020**.

THE COURT has considered the motion, the response in opposition, the reply pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED in part and DENIED in part. The Court dismisses Count 7 and Count 8 against the City of Miami Gardens for failure to state a claim for the reasons stated in open court. *See Monell v. Dep't of Soc. Servs. of City of New York*, 436 U.S. 658 (1978). The Court also denies qualified immunity without prejudice to be raised at later stage in the litigation, once the facts are further developed, for the reasons stated in open court. The motion to dismiss is denied on the remaining Counts.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th of February 2021.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record